## 54303. THOMPSON v. THE STATE.

SMITH, Judge.

There being ample evidence to support the court's conclusion that the terms of Thompson's probation had been violated, the revocation of probation is affirmed.

*Judgment affirmed. Bell, C. J., and McMurray, J.,*

*còncur.*

SUBMITTED SEPTEMBER 19, 1977 — DECIDED OCTOBER 12, 1977.

*Kenneth L. Gordon,* for appellant.
*William F. Lee, District Attorney, R. William Buzzell, II, Assistant District Attorney,* for appellee.